IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY O'QUINN,**

**Plaintiff,**

v.

**TERRY DELANEY, et al.,**

**Defendants.**                                         **No. 05-CV-748-DRH**

### ORDER

**HERNDON, District Judge:**

On March 10, 2006 and March 14, 2006, respectively, Defendants Terry Delaney and C. Barney Metz filed motions to dismiss in this case. (Docs. 29, 32.) As of this date, Plaintiff Jeffrey O'Quinn ("Plaintiff") has not responded to these motions. Pursuant to **Local Rule of the Southern District of Illinois 7.1(c)**, the Court may consider this failure to respond an admission of the merits of the motions. Because Plaintiff is proceeding pro se, however, the Court **ALLOWS** him up to and including May 30, 2006 to respond to the motions to dismiss filed by Defendants. In responding to the motions to dismiss, Plaintiff should utilize the Local Rules of this Court, the Federal Rules of Procedure, and any applicable case law. The Court **NOTIFIES** Plaintiff that in the event he fails to respond to

Defendants' motions to dismiss by May 30, 2006, the motions may be granted and his claims against Defendants Delaney and Metz may be dismissed.

**IT IS SO ORDERED**.

Signed this 10th day of May, 2006.

<u>/s/         David   RHerndon</u>
**United States District Judge**