IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY O'QUINN,

      Plaintiff,

    -vs-                              No. 05-CV-748 DRH

TERRY DELANEY, ROBERT HAIDA,
C. BARNEY METZ, RANDALL KELLY,
HONORABLE JAN V. FISS, ROGER E.
WALKER, JR., ROD R. BLAGOJEVICH,
and MEARL JUSTICE,

      Defendants

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Plaintiff's case is **DISMISSED** with prejudice for failure to comply with a Court order and for failure to prosecute. Judgment is entered in favor of Defendants **TERRY DELANEY, C. BARNEY METZ, ROGER E. WALKER, JR.**, and **MEARL JUSTICE** and against Plaintiff **JEFFREY O'QUINN.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims against the remaining defendants are **DISMISSED** with prejudice.   Judgment is entered in favor of

Defendants **ROBERT HAIDA, RANDALL KELLY, HONORABLE JAN V. FISS** and **ROD R. BLAGOJEVICH** and against Plaintiff **JEFFREY O'QUINN.**

**NORBERT G. JAWORSKI, CLERK**

March 05, 2007.                                           BY: s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:/s/         David   RHerndon
           **U.S. DISTRICT JUDGE**